UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                         CASE NO.:  15-25155-BKC-AJC
                                                               Chapter 7
**LUVIS CALERO**
SSN: XXX-XX-6910

_____Debtor._____/

### NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*[1]
*(Documents to be produced in lieu of appearance)*

**TO:**     Luvis Calero
            c/o Robert Sanchez, Esq.
            355 West 49th Street
            Miami, Florida 33012

**PLEASE TAKE NOTICE** that the undersigned attorney, will take the Rule 2004 Examination of:

**NAME:**     Luvis Calero

**DATE:**     November 13, 2015

**TIME:**     10:00 a.m.

**PLACE:**    Tabas, Freedman & Soloff, P.A.
              One Flagler Building
              14 Northeast First Avenue, Penthouse
              Miami, FL 33132

The examination may continue from day to day until completed.  If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

---

[1] *Please mail or deliver legible copies of the items to be produced to the undersigned attorney at his Miami address on or before November 6, 2015, at 4:00 p.m., in lieu of appearance.*

CASE NO.: 15-25155-BKC-AJC

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

**The documents listed on Schedule "A" shall be produced on or before November 6, 2015 by 4:00 p.m. to the address of the attorney listed below. To the extent the documents are produced timely, the examination will be cancelled until further notice.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Luvis Calero
19850 NW 78th Path
Hialeah, FL 33015

    Respectfully submitted,

    /s/ Joel L. Tabas
    Joel L. Tabas
    Fla. Bar No. 516902
    Tabas, Freedman & Soloff, P.A.
    Attorneys for Trustee, Joel L. Tabas
    One Flagler Building
    14 Northeast First Avenue - Penthouse
    Miami, Florida 33132
    Telephone: (305) 375-8171
    Facsimile: (305) 381-7708
    E-mail: jtabas@tabasfreedman.com

CASE NO.: 15-25155-BKC-AJC

## **SCHEDULE "A"**

**DEFINITIONS:**

For purposes of responding to the *duces tecum* request for deposition, the following definitions shall apply:

1. "Debtor," "You" or "Your" means Luvis Calero and his agents, attorneys, accountants and representatives.

2. "Petition Date" means August 21, 2015.

3. "Petition" means the voluntary bankruptcy petition filed on August 21, 2015, which commenced this bankruptcy case.

4. "Document" or "documents" as used herein shall mean the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, communications with government bodies, computer data or printouts, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, sepia, shipping papers, slides, specifications, speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all digital or analog electronic files whether on- or off-site, including "deleted" files and file fragments, store in machine-readable format on magnetic, optical or other storage media, including the hard drives or floppy disks used by the Debtors and their backup media (e.g., other hard drives, backup tapes, floppies, JAZ cartridges, CD-ROMS"s) or otherwise, whether such

files have been reduced to paper printouts or not.  This includes but is not limited to E-mails, both sent and received, whether internally or externally; all word-processed files, including drafts and revisions; all spreadsheets, including drafts and revisions; all databases; all CAD (computer aided design) files, including drafts and revision; all presentation data or slide shows produced by presentation software (such as Microsoft Power Point); all graphs, charts and other data produced by project management software (such as Microsoft Project); all data generated by calendaring, task management and Personal Information Management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of Personal Data Assistants (PDA's), such as Palm Pilot, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with the use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and "cookies" files and all backup storage media, and any and all other papers similar to any of the foregoing.  Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition.  Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

     5.    "And" and "or" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

     6.    "Interest" as used herein includes, but is not limited to, a sole or aggregation of rights, privileges, and powers to hold, possess, control, influence, exclude, or benefit from.  It includes any legally recognized right conferred upon an owner, shareholder, director, partner, limited partner, or by any other interest, legal or equitable, which allows the holder to control or otherwise influence or benefit from an entity or real or personal property.

     7.    "Any" means one or more.

     8.    "Describe," "discuss," "analyze," "describing," "discussion," or "analyzing," mean any document or otherwise that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

     9.    "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

4

Tabas, Freedman & Soloff, P.A. · One Flagler Building, 14 Northeast First Avenue, Penthouse, Miami, Florida 33132 · (305) 375-8171

CASE NO.:  15-25155-BKC-AJC

      10.    "Relate to" and "relating to" mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject.  Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

      11.    The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa.  The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

      12.    Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

      13.    "Year" means calendar year.

      14.    Unless otherwise provided, the applicable scope of time is from January 1, 2009 to the present.

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

CASE NO.: 15-25155-BKC-AJC

**PLEASE PROVIDE COPIES OF THE FOLLOWING:**

1. All records evidencing, relating to, or referring to any real property in which You have or have had an interest of **any** kind or nature, for the four (4) year period, up to and including the Petition Date, and the nature and present status of Your interest in said properties, whether such properties are located within or outside the United States of America, and whether or not record title to such properties has been in Your name, or in any other name or names, including, but not limited to, deeds, mortgages, leases and trust agreements pertaining to such interests.

2. For all properties described in Paragraph 1, copies of all account statements reflecting the current loan balances of any and all mortgages or other liens secured by said properties.

3. For all properties described in Paragraph 1 that generate or have generated any rental income within the last four (4) years: (a) copies of any and all rental agreements; and (b) the names and contact information for any and all tenants that have lived at any of the properties for the four (4) year period, up to and including the Petition Date.

4. Complete bank account statements, including copies of all deposited and issued checks in excess of $1,000.00, as well as all deposit and withdrawal slips for any cash transactions in excess of $1,000.00, for each account in which You have or have had an interest, for the one (1) year period, up to and including the Petition Date.

5. All records, including copies of checks, withdrawal, and deposit slips, for any savings or checking account in which Your name has not appeared, but for which You either withdrew or deposited money (including any corporate accounts), at any time, for the one (1) year period, up to and including the Petition Date.

6. All documents evidencing, relating to, or referring to any automobiles, boats, airplanes, or other vehicles of transportation in which You have or had any interest of **any** kind or nature, for the four (4) year period, up to and including the Petition Date, and the nature and present status of that interest, whether such vehicles of transportation are located within or outside the United States of America, including, but not limited to, title and license registration certificates, mortgages, and security agreements pertaining to such interests.

7. All documents evidencing, relating to, or referring to the sale, transfer or disposition of any of the vehicles of transportation subject of Paragraph 6, including, but not limited to, documents showing the receipt and disbursement of any sale proceeds therefrom, for the four (4) year period, up to and including the Petition Date.

8. True and correct copies of all federal income tax returns (including but not limited to forms 1040, 1040-A, W-2 forms, and all other attached schedules), and all personal property tax returns (tangible or intangible), filed by You or on Your behalf for the years 2010, 2011, 2012, 2013 and 2014 (including all corporations in which You

6

have held any interest), whether filed with the United States government, the government of any state or municipality, or the government of any foreign country.

9. The Articles of Incorporation, By Laws, all annual reports filed with the Secretary of State (or equivalent authority), and all schedules of stock ownership for all corporate entities, including, but not limited to, corporations, limited liability companies and partnerships, whether or not located in the United States, in which You have or have had, directly or indirectly, more than a ten percent (10%) legal, equitable, or beneficial interest, at any time, for the four (4) year period, up to and including the Petition Date.

10. Copies of all State and Federal Income Tax returns for all entities subject of Paragraph 9, for 2011, 2012, 2013 and 2014.

11. Copies of the most recent 2015 year to date income statements and balance sheets for all entities subject of Paragraph 9.

12. Complete bank account statements, including copies of all deposited and issued checks in excess of $1,000.00, as well as all deposit and withdrawal slips for any cash transactions in excess of $1,000.00, for all entities subject to Paragraph 9, for the one (1) year period, up to and including the Petition Date.

13. Copies of all Certificates of Title to any and all vehicles owned by any of the entities subject of Paragraph 9, as of the Petition Date.

**The Trustee reserves the right to request additional documents as his investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**

7

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171